### JEREMIAH CLARKE, Appellant, *v.* J. W. FORSHAY et al., Respondents.

Where a written stipulation is filed by the parties in the court below, to govern the proceedings there, but has not been brought to the notice of the court for its adjudication, the appellate court will not regard it.

If the appellant has been injured by a disregard of the stipulation, his remedy must first be sought in the court in which it was filed, or in some court of original jurisdiction.

APPEAL from the District Court of the Fourth Judicial District.

This complaint was filed the 27th April, 1852, and the action was brought to recover a debt secured by mortgage, the defendants, White and Abel, claiming an interest in the mortgaged premises. It does not appear that Brannan, the mortgagee, answered or made any defence.

On the 14th September, 1853, the following stipulation was filed :—

FORSHAY
*v.*
BRANNAN.

In this case it is agreed that judgment be entered for the debt, interest, and costs, for plaintiff, and the sale shall not take place before the 21st day of October, 1852.

J. CLARKE,
THOS. C. HAMBLEY.

September 14th, 1853. The court made this decree: That

the plaintiff recover of the defendant, Jason Brannan, $969 71, with interest, &c.

That the said Brannan, Clarke, White, and Abel, and all persons claiming under them, to the 10th December, 1851, be barred and foreclosed all claim, &c., in the mortgaged premises; that the same be sold for the debt, &c., and the surplus, if any, paid to the said Clarke, and if sold for less than the debt, &c., then the said Brannan to pay the plaintiff the deficit, &c.

From this decree and judgment, J. Clarke, defendant, appealed.

*Clarke, Taylor,* and *Bukley,* for appellant.

*Hambley,* for respondents.

HEYDENFELDT, Justice, delivered the opinion of the court. WELLS, Justice, concurred.

A written stipulation between parties litigant, filed in the lower court, to govern the proceedings there, will not be looked into by the appellate court, for the purpose of revising the judgment below, where such stipulation has not been brought to the notice of the court below for its adjudication.

If the appellant has been injured by a disregard of the stipulation, his remedy must first be sought in the court in which it was filed, or in some court of original jurisdiction.

Judgment affirmed.